# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO**<br>7143 Rippling Brook Lane<br>Mentor, OH 44060<br><br>      Plaintiff,<br><br>    v.<br><br>**NATIONAL AUTO DIVISION**<br>2323 Highway 9 North<br>Howell, NJ 07731<br><br>      Defendant. | Case No. 1:15-cv-02517-DAP<br><br>Judge: Dan Aaron Polster<br><br><br>ORDER OF DISMISSAL |

## ORDER OF DISMISSAL

After considering the Stipulation of Dismissal filed by Plaintiff Bryan Anthony Reo and Defendant National Auto Division and the court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the above-captioned civil action is dismissed, without costs or attorney's fees being award to any party.

                                                    X  /s/Dan Aaron Polster
                                                         U.S. District Judge